IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02500-RBJ

KATEY L. KACZAR,

    Plaintiff,

v.

CALIFORNIA CASUALTY INDEMNITY EXCHANGE

    Defendant.

_____

### ORDER ON STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
_____

This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice entered into by Plaintiff Katey Kaczar and Defendant California Casualty Indemnity Exchange. The Court being fully advised, ORDERS as follows:

1.    Plaintiff's claims against Defendant California Casualty Indemnity Exchange are dismissed with prejudice.

2.    Each party shall each bear his, her or its own costs and attorney fees.

Dated this 6th day of January, 2014.

_____
R. Brooke Jackson
United States District Judge